UNITED STATES DISTRICT COURT Eastern District of Kentucky
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

FILED
OCT 09 2014
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 14-47-DLB-CJS

ERIC MEADE,
ALEXIS SWEIGART,
JESSICA MILLER,
JOSEPH MILLER,
JENNIFER TROUT, and
KIRA STILES

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 846

On or about a date in February 2014, the exact date unknown, and continuing through on or about August 15, 2014, in Campbell and Kenton Counties, in the Eastern District of Kentucky, and elsewhere,

ERIC MEADE,
ALEXIS SWEIGART,
JESSICA MILLER,
JOSEPH MILLER,
JENNIFER TROUT, and
KIRA STILES

I certify that this is a true and correct copy of the original filed in my office.
ROBERT R. CARR, CLERK
By: /s/
Date: 4/24/17

did conspire together and with others to knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, violations of 21 U.S.C. § 841(a)(1), all in

violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about August 15, 2014, in Campbell County, in the Eastern District of Kentucky,

**ALEXIS SWEIGART,
JESSICA MILLER, and
JOSEPH MILLER**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

_____
KERRY B. HARVEY
UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1-2:** Not more than 20 years imprisonment, $1,000,000 fine, and at least 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.